UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORP., <br><br>  Plaintiff, <br> v. <br><br> LOUISIANA PUBLIC SERVICE COMMISSION: ERIC SKRMETTA, SCOTT A. ANGELLE, LAMBERT BOISSIERE, III, CLYDE C. HOLLOWAY, FOSTER L. CAMPBELL, in their official capacities as Commissioners of the Louisiana Public Service Commission; AND ENTERGY LOUISIANA, LLC, <br><br>  Defendants. <br> _____ <br><br> ENTERGY LOUISIANA, LLC, <br><br>  Counter Claimant, <br> v. <br><br> OCCIDENTAL CHEMICAL CORP., <br><br>  Counter Defendant. | CIVIL ACTION NO. 14-234-SDD-EWD |

## STIPULATION AND ORDER OF DISMISSAL

**CONSIDERING** the *Joint Motion to Dismiss*[1] filed by the Parties in the above captioned matter;

**WHEREAS**, Occidental Chemical Corporation ("Occidental") filed the instant action on April 17, 2014 against the Defendants, the Louisiana Public Service Commission and its Commissioners, Eric Skrmetta, Scott A. Angelle, Lambert Boissiere

---

[1] Rec. Doc. 121.

III, Clyde C. Holloway and Foster L. Campbell, in their official capacities (collectively "LPSC"), and Entergy Louisiana LLC ("ELL") (the Plaintiff and all Defendants will be referred collectively as "the Parties");

**WHEREAS**, Occidental asserted claims for declaratory, injunctive, and other relief against the LPSC alleging that the LPSC's January 9, 2014 Order violated certain provisions of the Public Utility Regulatory Policies Act ("PURPA") and related regulations;

**WHEREAS**, Occidental asserted claims for damages, declaratory, injunctive and other relief against ELL alleging that ELL breached a 2002 Power Purchase Agreement ("2002 PPA") between Occidental and ELL (as successor to Entergy Louisiana, Inc.) and that ELL breached a duty of good faith and fair dealing in its performance of the 2002 PPA;

**WHEREAS**, ELL, on August 26, 2016, asserted a counterclaim in this action alleging that Occidental breached a 2008 Settlement Agreement dated April 25, 2008 and entered into by Occidental, ELL, and Entergy Gulf States Louisiana L.L.C. and caused ELL to incur damages;

**WHEREAS**, ELL has moved for partial summary judgment seeking dismissal of Occidental's claims for damages against ELL on several grounds (Rec. Doc. 113), and Occidental has filed a motion for voluntary dismissal of its claims against both the LPSC and ELL without prejudice (Rec. Doc. 115);

**WHEREAS**, each Party would contest the pending motion of the opposing Party;

**WHEREAS**, under the terms of Federal Rule of Civil Procedure 41, ELL's counterclaim would not have been resolved by Occidental's proposed voluntary dismissal of the LPSC and ELL; and

**WHEREAS**, the Parties have undertaken negotiations concerning conditions on which this case might be dismissed in its entirety, which have successfully concluded with the Parties agreeing to the terms and conditions provided below.

The Parties hereby stipulate and agree as follows:

1. Occidental shall release and dismiss with prejudice any claims for damages arising from ELL's alleged breach of the 2002 PPA and the duty of good faith and fair dealing based upon actions or omissions by ELL in respect of the 2002 PPA up to and including the date that this *Stipulation* is approved and entered by the Court;

2. ELL shall release and dismiss with prejudice any claims for damages arising from Occidental's alleged breach of the 2008 Settlement Agreement based upon actions or omissions by Occidental in respect of the 2008 Settlement Agreement, up to and including the date that this *Stipulation* is approved and entered by the Court;

3. Occidental's claims for declaratory, injunctive, or other relief against ELL and the LPSC are dismissed without prejudice; and

4. None of the foregoing is intended to alter or impact the legal rights or positions of any of the Parties or their corporate affiliates with respect to any other administrative or legal proceedings in which they are currently involved, including but not limited to Federal Energy Regulatory Commission cases *Occidental Chem. Corp. v. Midwest Indep. Sys. Operator*, FERC Docket No. EL13-41-00; *Entergy Servs., Inc.*, FERC Docket No. ER14-700-006; and *Entergy Servs. Inc., et al.*, FERC Docket No. QM14-3-001; and Louisiana Public Service Commission case *Occidental Chem. Corp. v. Entergy La., LLC*, LPSC Docket No. U-33592, to which the Parties reserve all rights and preserve all positions.  ELL and Occidental specifically reserve all rights and remedies to which each may be entitled under any agreements between them that arise from actions or omissions

of the other after the date this *Stipulation* is approved and entered by the Court; and, for ELL, any rights and remedies not based on alleged violations of the 2008 Settlement Agreement by Occidental; and, for Occidental, any rights and remedies not based on alleged violations of the 2002 PPA by ELL.

**IT IS HEREBY ORDERED** that the Court accepts the terms and conditions agreed upon by the Parties and dismisses this case in its entirety, pursuant to Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that each Party is to bear its own costs, but reserves its right to seek in the future costs of a previously dismissed action pursuant to FRCP 41(d).

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on October 18, 2016.

*Shelly D. Dick*

**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**